**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON**

IN RE:                                                                                              CASE: 16-21161

JOYCE ANN WILSON

DEBTOR                                                                                          CHAPTER 13

**OBJECTION OF DEBTOR TO MOTION FOR RELIEF FROM STAY**

COMES NOW, the Debtor, Joyce Ann Wilson, by and through counsel, and objects to the Amended Motion for Relief from Stay (Doc 49) filed by MTGLQ Investors, L.P., its successor and assigns, by and through its mortgage servicing agent Shellpoint Mortgage Servicing, in regards to the real estate of the Debtor located at 2043 Longbranch Road, Union, KY 41091. The Debtor object to said Motion because it is her intention to make arrangements with the Creditor to cure the deficiency.

Respectfully submitted,

BY: /s/ Aaron M. Beck
AARON M. BECK KBA # 91496
Attorney for Debtor
25 Town Center Blvd., Suite 201
Crestview Hills, KY 41017
(859) 331-2000
(859) 578-3365 facsimile
aaronbeck@ortlaw.com

**NOTICE OF HEARING**

Notice is hereby given that this Objection of Debtors to the Motion for Relief from Stay will be brought on for hearing in the U.S. Bankruptcy Courtroom, U.S. Courthouse, 3rd Floor, Room 306, 35 West 5th Street, Covington, KY, at **10:00 AM**, on **JUNE 12, 2018**.

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 11th day of April 2018, a copy of the foregoing was served either by regular U.S. Mail, postage prepaid, or through electronic service, where possible, upon the following:

Joyce Ann Wilson
2043 Longbranch Road
Union, KY 41091

Beverly M. Burden, Via CM/ECF

U.S. Trustee, Via CM/ECF

Amy E. Gardner
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216

                                              /s/ Aaron M. Beck
                                              Aaron M. Beck