UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| In Re: | Case No. 16-21161 |
| Joyce F Wilson | Chapter 13 |
| Debtor | Chief Judge Tracey N. Wise |

**ORDER SUSTAINING MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY KNOWN AS A 2043 LONGBRANCH ROAD, UNION, KY 41091**

For good cause shown, SN Servicing, servicer for U.S. Bank Trust National Association's ("Movant") Motion for Relief from Stay is hereby granted.

The Court finds that the Movant filed a motion that requested Relief from Stay as it relates to the real property described as a 2043 LONGBRANCH ROAD, UNION, KY 41091 (the "Property).

The Court further finds that the Trustee has not filed a written objection to the taking of the proposed action.

The Court further finds that the Debtor has filed a timely written objection to the taking of the proposed action. An Agreed Order resolving Debtor's Objection was entered on August 14, 2018 (Doc. No. 64). The Debtor failed to comply with the requirements of the Agreed Order and a 10 day letter was sent to both Debtor and Debtor's Counsel on March 25, 2019. The Default has not been cured and Creditor is requesting Relief from Stay be entered.

Therefore, pursuant to 11 U.S.C. §362, it is ORDERED that the stay issued in this action be terminated with respect to the Movant, its successors and assigns.

The Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its lien interest, to sell the Property in accordance with

state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the real Property.

The stay shall remain terminated in the event the Debtor converts to a different chapter of the Bankruptcy Code.

This is a final and appealable order.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Pursuant to Local Rule 9022-1(c), Attorney for Movant shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

**DISTRIBUTION LIST**

Aaron M. Beck, Debtor's Counsel
aaronbeck@oharataylor.com

Beverly M. Burden, Trustee
Notices@Ch13EDKY.com

Office of the U.S. Trustee
Ustpregion08.lx.ecf@usdoj.gov

Joyce F Wilson, Debtor
2043 Longbranch Road
Union, KY 41091

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, April 26, 2019**
(grs)